IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE MANUEL-FERRELL, | No. C 11-5041 CW |
| Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
| v. | |
| OAKLAND POLICE DEPARTMENT, | |
| Defendant. | |

On December 22, 2011, the Court issued an order granting Defendant Oakland Police Department's motion to dismiss and granting Plaintiff Marguerite Manuel-Ferrell leave to file an amended complaint within fourteen days of the date of the order. Fourteen days have passed and Plaintiff has not filed an amended complaint. Therefore, this case is dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: 1/18/2012

CLAUDIA WILKEN
United States District Judge